Cat12, MDL, McHargh, Termed

**U.S. District Court**
**Northern District of Ohio (Cleveland)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-00348-SO**

Hopkins et al v. Davol, Inc., et al
Assigned to: Judge Solomon Oliver, Jr
Demand: $75,000,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 02/13/2008
Date Terminated: 03/31/2008
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Joyce Hopkins** represented by **Ernest Cory**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: ecory@cwcd.com
*ATTORNEY TO BE NOTICED*

**Jason B. Eshelman**
Eshelman Legal Group
263 Portage Trail Extension W
Cuyahoga Falls, OH 44223
330-376-3572
Fax: 330-376-0199
Email: jason@eshelmangroup.com
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
Fax: 205-324-7896
Email: jconlin@cwcd.com
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
CoryWatson Crowder & Degaris
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200

Fax: 205-324-7896
Email: shunt@cwcd.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Hopkins** represented by **Ernest Cory**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason B. Eshelman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon C. Conlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen R. Hunt, Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Ste. 500
1301 East Ninth Street
Cleveland, OH 44114
216-781-5515
Fax: 216-781-1030
Email: jmoeller@hcsattys.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Jeffrey S. Moeller**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | 1 | **Complaint** with jury demand *Joyce Hopkins* against Davol, Inc. Filing fee $ 350, receipt number 06470000000002861087, filed by Joyce Hopkins. (Attachments: # 1 Summons , # 2 Civil Cover Sheet ) (Eshelman, Jason) (Entered: 02/13/2008) |
| 02/13/2008 | 2 | Supplement *Complaint* filed by Joyce Hopkins. (Eshelman, Jason) Modified on 2/13/2008 (Ja,N). (Entered: 02/13/2008) |
| 02/13/2008 | | Judge Solomon Oliver, Jr assigned to case. (Ja,N) (Entered: 02/13/2008) |

| | | |
|---|---|---|
| 02/13/2008 | | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge McHargh. (Ja,N) (Entered: 02/13/2008) |
| 02/13/2008 | 3 | Summons and Magistrate Consent Form issued to counsel for service upon C.R. Bard, Inc. & Davol, Inc. (Attachments: # 1 Magistrate Consent Form) (Ja,N) (Entered: 02/13/2008) |
| 03/04/2008 | 4 | Unopposed **Motion** to stay filed by C.R. Bard, Inc., Davol, Inc.. (Attachments: # 1 Exhibit 1, Defendants' Fifty-Fourth 7.5(e) Notice of Potential Tag-Along, # 2 Proposed Order Order Granting Defendant Davol Inc.'s and Defendant C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL)(Moeller, Jeffrey) (Entered: 03/04/2008) |
| 03/05/2008 | | **Order** [non-document] granting Defendants' Unopposed Motion to Stay Proceedings pending Transfer to Federal MDL(Related Doc # 4 ). Approved by Judge Solomon Oliver, Jr on 3/5/2008.(D,M) (Entered: 03/05/2008) |
| 03/18/2008 | 5 | Notice of Magistrate Consent form (D,M) (Entered: 03/18/2008) |
| 03/31/2008 | 6 | **Conditional Transfer Order (CTO-16)** by Judicial Panel on Multidistrict Litigation. In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation. Case transferred to the District of Rhode Island and assigned to the Honorable Mary M. Lisi. (RI Case No. 08-2407). (S,R) (Entered: 04/02/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/08/2008 09:25:31 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:08-cv-00348-SO |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |